**LITE DEPALMA GREENBERG, LLC**
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102
(973) 623-3000
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Plaintiff Cephalon, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CEPHALON, INC.<br><br>            Plaintiff,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC., ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC., ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., and WATSON LABORATORIES, INC.,<br><br>            Defendants. | Civil Action No.: 14-3936 (KM)(MAH)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Cephalon, Inc., hereby voluntarily dismisses the above-captioned action. Defendants Actavis Laboratories FL, Inc., Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., and Watson Laboratories, Inc. have not answered or otherwise moved as to Complaint.

                                                                      **LITE DEPALMA GREENBERG, LLC**

Dated: October 2, 2014              *s/Michael E. Patunas*
                                                Michael E. Patunas
                                                Mayra V. Tarantino
                                                Two Gateway Center, Suite 1201
                                                Newark, NJ 07102
                                                (973) 623-3000
                                                mpatunas@litedepalma.com
                                                mtarantino@litedepalma.com

436070.1

*OF COUNSEL*:
**FISH & RICHARDSON P.C.**
Douglas E. McCann
Gregory R. Booker
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
dmccann@fr.com
booker@fr.com

**FISH & RICHARDSON P.C.**
Jonathan E. Singer
60 South Sixth Street
3200 RBC Plaza
Minneapolis, MN  55402
(612) 335-5070
singer@fr.com

*Attorneys for Plaintiff Cephalon, Inc.*

2

436070.1